RECEIVED
JUN 27 2019
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Elton Hooper, Jr., et al.,
Class Agent

Plaintiff(s),

v.

Mark Esper, Secretary
Department of the Army

Defendant(s). (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES [X]   NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

[✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
NOTE: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[✓] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
NOTE: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

[ ] Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
NOTE: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: **ELTON HOOPER JR.**

   Plaintiff's address: **5 WATERWAYS CT.**
   Street address or P.O. Box

   **FLORISSANT, MO 63033**
   City/ County/ State/Zip Code

   **314 - 566 - 7985 cell**
   Area code and telephone number

3. Defendant's name: **DR. MARK T ESPER**

   Defendant's address: **5825 21st Street, Bldg 214, Rm 129**
   Street address or P.O. Box

   **Fort Belvoir, VA 22060-5921**
   City/County/State/ Zip Code

   _____
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

9700 Page, US Army Reserve Center (Human Resource Command), Overland, MO, 63132-5200
(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

year 2002 - 2010

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes   Date filed: _____

☒ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: September 2010 - 2011

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☒ Yes          ☐ No

If yes, please attach a copy of the letter to this complaint. SEE Attachment (1)

9. If you are claiming age discrimination, check one of the following:

__X__ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

__✗__ terms and conditions of my employment differ from those of similar employees

__✗__ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[✓] Yes          [ ] No

11. I believe that I was discriminated against because of my (check all that apply):

- ✓ race
- ___ religion
- ___ national origin
- ✓ color
- ___ gender
- ___ disability
- ✓ age (birth year is: 1951)
- ___ other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes      ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Discriminated Against HRC employees on the bases of
RACE BLACK
Sex Male + Female
Color BLACK
Reprisal for PRIOR protected EEO activity. When, on August 10, 2010 the Job Swap Program was Not offered to HRC employees and they were Not given the opportunity to Accept a $25,000 (VSIP) Voluntary Separation Incentive Payout (VSIP) AS employee of the Army Review Board Agency were.

(Continue to page 6, if additional space is needed.)

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. To Represent us in the Class Action Discrimination Suit. Appoint us Attorney.
To Represent the Class Action Employees.
- Numerosity of four (400) or more. (See Attch) # 2 + 3
  Sent to Attorney on about June 2018.
- Please see Attach documents Listing numbers of Employees impacted by Agency decision to deny ($25,000 USIP's Retirement)
  #3

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of June, 2019.

Signature of Plaintiff _/s/ Elton Harper Jr._