UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELTON HOOPER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CV-1853-RLW ) |
| MARK ESPER, | ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §§ 2000e, *et seq.*, and the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended 29 U.S.C. §§ 621, *et seq.*, against defendant Mark Esper are **DISMISSED**.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this 26th day of March, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE